FILED

11/18/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KEVIN M. TRAUPMANN,**<br><br>**Defendant.** | **VIOLATION:**<br>**E1103229**<br>**Location Code: M13**<br><br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E1103229 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation E1103229.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 9, 2021, is VACATED.

DATED this 18th day of November, 2021.

_____
John Johnston
United States Magistrate Judge